## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RICKIE GREEN**                                                                  **PLAINTIFF**

**v.**                   **CASE NO. 5:14CV00016 BSM**

**MARCUS D. KENNEDY et al.**                                  **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and the June 16, 2014, order.

2. It is further certified that an *in forma pauperis* appeal taken from this order is considered frivolous and not in good faith.

DATED this 18th day of August 2014.

                                                         UNITED STATES DISTRICT JUDGE