IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKIE GREEN**                                                                                             **PLAINTIFF**

**v.**                            **CASE NO. 5:14CV00016 BSM**

**MARCUS D. KENNEDY et al.**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 18th day of August 2014.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE